THE STATE, DEFENDANT IN ERROR, v. SAMUEL STERN, PLAINTIFF IN ERROR.

Submitted December 10, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Louis Hood.*

For the defendant in error, *Ernest Koester,* prosecutor of the pleas.

PER CURIAM.

The judgment in this cause is affirmed, on the grounds stated in the *per curiam* opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, FORT, GARRETSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    13.

*For reversal*—None.